

# THE THIRTEENTH COURT OF APPEALS

13-13-00407-CR

AMADO PEREZ
v.
THE STATE OF TEXAS

On Appeal from the
427th District Court of Travis County, Texas
Trial Cause No. D-1-DC-12-204354

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

December 30, 2013